# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
Guitar Liquidation Corporation  
179 Lincoln Street  
Boston, MA 02111  
 **EIN:** 04–3042455  
Cakewalk, Inc.

**Chapter:** 11

**Case No.:** 18–11028–CSS

*CLERK'S NOTICE OF NON–COMPLIANCE*

NOTE: Claims Agents must fully comply with the requirements of Local Rule 2002–1(f) upon entry of an Order terminating its services.

On 3/25/20 an Order was entered dismissing/closing/converting/terminating the above–mentioned case.

To date, as the Claims Agent of record, you have failed to take the following required actions, which were due within 14/28 days of entry of the Order:

- ☑ Forward to the Clerk an electronic version of all imaged claims
- ☑ Upload the creditor mailing list into CM/ECF
- ☑ Docket a Final Claims Register. If a case has jointly–administered entities, one combined register shall be docketed in the lead case containing claims of all cases
- ☑ Docket a completed SF–135 Form (Records Transmittal & Receipt) indicating the accession and location numbers of the archived claims.

Continued failure to resolve the unsatisfied requirements noted above may result in your removal from the Delaware Bankruptcy Court listing of approved claims agencies.

Dated: 7/13/20

*Una O'Boyle*

Una O'Boyle , Clerk of Court

(VAN–414)

United States Bankruptcy Court
District of Delaware

In re:  
Guitar Liquidation Corporation  
    Debtor

Case No. 18-11028-CSS  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0311-1     User: DMC     Page 1 of 1     Date Rcvd: Jul 13, 2020  
                    Form ID: van414     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2020.  
clagent     +Prime Clerk LLC,  www.primeclerk.com,  One Grand Central Place,  60 East 42nd St, Suite 1440, New York, NY 10165-1446

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2020                                                  Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2020 at the address(es) listed below:

         Benjamin Joseph Steele     on behalf of Claims Agent     Prime Clerk LLC ecf@primeclerk.com  
         Catriona Madalyn Coppler     on behalf of Creditor     United States of America on behalf of the Internal Revenue Service Catriona.M.Coppler@usdoj.gov,  eastern.taxcivil@usdoj.gov  
         Christopher Dean Loizides     on behalf of Creditor     IBM CHINA / HONG KONG LIMITED loizides@loizides.com  
         Colin R. Robinson     on behalf of Creditor     Workday, Inc. crobinson@pszjlaw.com  
         David M. Fournier     on behalf of Debtor     Guitar Liquidation Corporation David.Fournier@troutman.com,  wlbank@troutman.com,David.A.Smith@troutman.com, Monica.Molitor@troutman.com,Peggianne.Hardin@troutman.com  
         Donald J. Detweiler     on behalf of Interested Party     LifeCare 2.0, LLC Donald.Detweiler@troutman.com,  wlbank@troutman.com,Monica.Molitor@troutman.com, Peggianne.Hardin@troutman.com  
         Laura L. McCloud     on behalf of Creditor     TN Dept of Revenue agbankdelaware@ag.tn.gov  
         Linda J. Casey     on behalf of U.S. Trustee     U.S. Trustee Linda.Casey@usdoj.gov  
         Lucian Borders Murley     on behalf of Creditor     Material Handling Resources, LLC luke.murley@saul.com,  robyn.warren@saul.com  
         Marcy J. McLaughlin Smith     on behalf of Debtor     Guitar Liquidation Corporation Marcy.Smith@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com  
         Marcy J. McLaughlin Smith     on behalf of Attorney     Dentons US LLP Marcy.Smith@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com  
         Maria Aprile Sawczuk     on behalf of Fee Examiner Maria Aprile Sawczuk marias@goldmclaw.com, marias@ecf.courtdrive.com  
         Maria Aprile Sawczuk     marias@goldmclaw.com,  marias@ecf.courtdrive.com  
         Mark E. Felger Esq.     on behalf of Interested Party     BT Hong Kong Limited mfelger@cozen.com, kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com  
         Matthew R Pierce     on behalf of Creditor Committee     FTI Consulting Inc. Pierce@lrclaw.com, Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;snyder@lrclaw.com  
         Matthew R Pierce     on behalf of Creditor Committee     Lowenstein Sandler LLP Pierce@lrclaw.com, Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;snyder@lrclaw.com  
         Matthew R Pierce     on behalf of Creditor Committee     Landis Rath & Cobb LLP Pierce@lrclaw.com, Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;snyder@lrclaw.com  
         Timothy Allan Blackwell     on behalf of Creditor     Missouri Dept. of Labor and Industrial Relations Timothy.Blackwell@labor.mo.gov  
         U.S. Trustee     USTPRegion03.WL.ECF@USDOJ.GOV

                                                                                                                                                   TOTAL: 19